AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

### OFFENSE CHARGED

49 U.S.C. sec. 46506(1)
18 U.S.C. sec. 113(a)(4)-Assault;
18 U.S.C. sec. 113(a)(5)-Assault

☐ Petty
☐ Minor
☑ Misde-meanor
☐ Felony

PENALTY:

Counts One and Two:  6 months imprisonment; $5,000 fine;
special assessment of $10.

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---- DEFENDANT - U.S. ----

► DAMIEN R. SEXTON

DISTRICT COURT NUMBER

CR 07 0742

---- DEFENDANT ----

**IS *NOT* IN CUSTODY**
MAG
Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

**DATE OF ARREST** ►   Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ►   Month/Day/Year

☐ This report amends AO 257 previously submitted

### PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)
FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:   **SHOW DOCKET NO.**
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant   **MAGISTRATE CASE NO.**
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ►

Name and Office of Person
Furnishing Information on
THIS FORM   **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)   Allison Marston Danner

-------- ADDITIONAL INFORMATION OR COMMENTS --------

PROCESS:
☑ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☑ Arraignment  ☐ Initial Appearance   *Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment
Defendant Address:
1939 Steeplechase Drive
Williamston, NJ 08094

Date/Time: December 12, 2007, 9:30am

Before Judge: Judge Maria-Elena James

Comments:



1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION
                                                          MAG
11

12  UNITED STATES OF AMERICA,        )    GR 07    0742
                                     )
13        Plaintiff,                 )    VIOLATIONS: Title 49, United States
                                     )    Code, Section 46506(1) and Title 18, United
14        v.                         )    States Code, Sections 113(a)(4) and
                                     )    113(a)(5) - Assault on an Aircraft in the
15  DAMIEN R. SEXTON,                )    Special Aircraft Jurisdiction of the United
                                     )    States
16        Defendant.                 )    (Class B Misdemeanors)
                                     )
17  _____)    SAN FRANCISCO VENUE

18

19

20                        INFORMATION

21  COUNT ONE

22  The United States Attorney charges:

23        On or about March 21, 2007, while on United Airlines Flight 189, which was traveling from

24  Philadelphia, Pennsylvania to San Francisco, California and was an aircraft in the special aircraft

25  jurisdiction of the United States, the defendant,

26                        DAMIEN R. SEXTON,

27  assaulted an individual by wounding her, in violation of Title 49, United States Code, Section

28  46506(1) and Title 18, United States Code, Section 113(a)(4) and was then arrested in the

    INFORMATION

1  Northern District of California.

2

3  COUNT TWO:

4      On or about March 21, 2007, while on United Airlines Flight 189, which was traveling from

5  Philadelphia, Pennsylvania to San Francisco, California and was an aircraft in the special aircraft

6  jurisdiction of the United States, the defendant,

7                          DAMIEN R. SEXTON,

8  assaulted an individual by threatening to inflict injury upon the person of another which, coupled

9  with an apparent present ability, caused a reasonable apprehension of immediate bodily harm, in

10 violation of Title 49, United States Code, Section 46506(1) and Title 18, United States Code,

11 Section 113(a)(5) and was then arrested in the Northern District of California.

12

13 DATED: 11/21/2007                    SCOTT N. SCHOOLS
                                        United States Attorney
14

15

16                                      KYLE F. WALDINGER
                                        Deputy Chief, Major Crimes Section
17

18 (Approved as to form:
                    ALLISON DANNER
19                  Assistant United States Attorney

20

21

22

23

24

25

26

27

28

INFORMATION