SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No. CR 07 0742 MAG |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | **[PROPOSED] ORDER FOR SUMMONS** |
| ) | |
| DAMIEN R. SEXTON,  ) | |
| ) | |
| Defendant.  ) | |
| _____) | |

Having reviewed the Declaration of Allison Danner, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Damien R. Sexton, 1939 Steeplechase Drive, Williamstown, NJ 08094, to appear on December 12, 2007 at 9:30 am before Magistrate Judge Maria-Elena James to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: _____           _____
                                       BERNARD ZIMMERMAN
                                       United States Magistrate Judge

ORDER FOR SUMMONS
Case No.  CR 07 0742 MAG