```
 1  SCOTT N. SCHOOLS (SCSBN 9990)
    United States Attorney
 2
    BRIAN J. STRETCH (CASBN 163973)
 3  Chief, Criminal Division

 4  ALLISON MARSTON DANNER (CASBN 195046)
    Assistant United States Attorney
 5
       450 Golden Gate Avenue, Box 36055
 6     San Francisco, California 94102
       Telephone: (415) 436-7144
 7     Fax: (415) 436-7234
       Email: allison.danner@usdoj.gov
 8
    Attorneys for the United States of America
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CR 07 0742 MAG |
|---|---|
| Plaintiff, | ) |
| v. | ) **MOTION FOR SUMMONS** |
| DAMIEN R. SEXTON, | ) |
| Defendant. | ) |

Based on the facts set forth in the Declaration of Allison Danner in Support of the United States' Motion for Summons, the United States hereby requests that the Court issue a summons for defendant Damien R. Sexton, 1939 Steeplechase Drive, Williamston, NJ, 08094. The facts set forth in the declaration demonstrate that probable cause exists to summon the defendant to answer the Information that has been filed by the United States Attorney.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

Dated: Nov. 21, 2007

_/s/ Allison_
ALLISON MARSTON DANNER
Assistant United States Attorney

MOTION FOR SUMMONS
Case No. CR 07 0742 MAG