1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  ALLISON MARSTON DANNER (CASBN 195046)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7144
7      Fax: (415) 436-7234
       Email: allison.danner@usdoj.gov
8
   Attorneys for the United States of America
9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,      )   Case No. CR 07 0742 MAG
                                  )
14     Plaintiff,                 )
                                  )   **DECLARATION OF ALLISON**
15     v.                         )   **DANNER IN SUPPORT OF UNITED**
                                  )   **STATES' MOTION FOR SUMMONS**
16 DAMIEN R SEXTON,               )
                                  )
17     Defendant.                 )
   _____)
18

19     I, Allison Danner, hereby declare as follows:

20     1. I am an Assistant United States Attorney in the United States Attorney's Office assigned

21 to the prosecution of this case. I have received the following information from agents employed

22 by the Federal Bureau of Investigation (FBI) and from reports and other documents provided to

23 me by the FBI.

24     2. On March 21, 2007, at approximately 9:50 p.m., an officer from the San Francisco Police

25 Department was dispatched to Gate #73 at San Francisco Airport following a report of an

26 intoxicated male on board United Airline Flight #189, flying from Philadelphia, Pennsylvania to

27 San Francisco, California.

28
   DECLARATION IN SUPPORT OF MOTION FOR SUMMONS
   CR 07 0742 MAG

3. The pilot of the plane, David Atala, told San Francisco Police officer Boyle-Vasquez that, while the plane was in flight, he had reported an emergency to the SFO flight control tower due to an intoxicated passenger on the plane and had requested that the police meet the flight upon its arrival in San Francisco.

4. FBI agents have interviewed Patricia Mace, a passenger traveling on United Airlines flight #189 on March 21, 2007. Patricia Mace stated that she was setting next to Damien Sexton on the flight. Several hours into the flight, Sexton became agitated. Sexton stood up in his seat and yelled "I'm going to kill the pilot." Sexton stepped on Mace's thigh to get into the aisle of plane. After the trip, Mace went to a doctor, who told her that her thigh muscle and nerves had been damaged from Sexton's action.

5. FBI agents have interviewed Charilyn Ahmina Kaleinani-Smith, who was the Purser on United Airlines flight #189 on March 21, 2007. Kaleinani-Smith said that, after Sexton went into the aisle of the plane, four or five other male passengers attempted to restrain Sexton. Kaleinani-Smith gave the passengers duct tape and handcuffs to restrain Sexton. The passengers were able to handcuff Sexton to his seat.

6. Sexton was arrested by SFPD after the flight landed in San Francisco.

7. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed November 21, 2007, at San Francisco, California.

DATED: Nov 21, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

ALLISON DANNER
Assistant United States Attorney
United States Attorney's Office

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS
CR 07 0742 MAG

-2-