SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CASBN 195046)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7144
    Fax: (415) 436-7234
    Email: allison.danner@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAMIEN R. SEXTON, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. CR 07-0742-MAG <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING ARRAIGNMENT DATE |

    The above-referenced matter is currently scheduled before this Court on December 12, 2007 at 9:30 a.m. pursuant to a summons issued on November 27, 2007 for arraignment on an information. The undersigned parties jointly stipulate and request that the arraignment date be continued until January 7, 2008 at 9:30 a.m. before the Honorable Elizabeth D. Laporte to allow

//
//
//
//
//

Case No. CR-07-0742
STIP TO CONTINUE ARRAIGNMENT
AND [PROPOSED] ORDER

1  //

3  the defendant sufficient time to make the necessary travel arrangements from his home in New
4  Jersey.

6  SO STIPULATED.

8  Dated: 12/6/2007                                  /s/
                                                   ALLISON MARSTON DANNER
9                                                  Assistant United States Attorney

10  Dated: 12/6/2007                                 /s/
                                                   BILL OSTERHOUDT
11                                                 Attorney for Defendant

12  IT IS SO ORDERED.

14  DATED: _____                               _____
                                                   ELIZABETH D. LAPORTE
15                                                 United States Magistrate Judge

Case No. CR-07-0742
STIP TO CONTINUE ARRAIGNMENT
AND [PROPOSED] ORDER                       -2-