1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
                                                                **FILED**
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division                                     DEC 1 0 2007

4  ALLISON MARSTON DANNER (CASBN 195046)                        RICHARD W. WIEKING
   Assistant United States Attorney                             CLERK, U.S. DISTRICT COURT
5                                                               NORTHERN DISTRICT OF CALIFORNIA

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
       Telephone: (415) 436-7144
7      Fax: (415) 436-7234
       Email: allison.danner@usdoj.gov
8
   Attorneys for Plaintiff
9
                     UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN FRANCISCO DIVISION
12
   UNITED STATES OF AMERICA,           )   Case No. CR 07-0742 MAG
13                                     )
              Plaintiff,               )
14                                     )   STIPULATION AND [PROPOSED]
         v.                            )   ORDER CONTINUING ARRAIGNMENT
15                                     )   DATE
   DAMIEN R. SEXTON,                   )
16                                     )
              Defendant.               )
17  _____)

18

19     The above-referenced matter is currently scheduled before this Court on December 12,

20  2007 at 9:30 a.m. pursuant to a summons issued on November 27, 2007 for arraignment on an

21  information. The undersigned parties jointly stipulate and request that the arraignment date be

22  continued until January 7, 2008 at 9:30 a.m. before the Honorable Elizabeth D. Laporte to allow

23  //
24  //
25  //
26  //
27  //
28
   Case No. CR-07-0742
   STIP TO CONTINUE ARRAIGNMENT
   AND [PROPOSED] ORDER

1  //
2
3  the defendant sufficient time to make the necessary travel arrangements from his home in New
4  Jersey.
5
6  SO STIPULATED.
7
8  Dated: 12/6/2007                                /s/
                                                ALLISON MARSTON DANNER
9                                               Assistant United States Attorney

10 Dated: 12/6/2007                                /s/
                                                BILL OSTERHOUDT
11                                              Attorney for Defendant

12 IT IS SO ORDERED.
13
14 DATED: 12-10-07                              MARIA-ELENA JAMES
                                                ~~ELIZABETH D. LAPORTE~~
15                                              United States Magistrate Judge

Case No. CR-07-0742
STIP TO CONTINUE ARRAIGNMENT
AND [PROPOSED] ORDER                            -2-