## PROPOSED ORDER/COVER SHEET

**TO:** **HONORABLE ELISABETH D. LAPORTE**
U.S. MAGISTRATE JUDGE

**RE:** **SEXTON, DAMIEN RAY**

**FROM:** **CLAUDETTE M. SILVERA, CHIEF**
U.S. PRETRIAL SERVICES OFFICER

**DOCKET NO.:** **CR07-0742 MAG**

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES TECHNICIAN:

**TAIFA M. GASKINS**
NAME

**(510) 637-3756**
TELEPHONE NUMBER

**DATE:** **FEBRUARY 14, 2008**

**RE:** **MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[✓] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. ____ on _____ at _____.

Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____
Presiding District Court Judge _____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A. _____

B. _____

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).
Other Instructions:
_____

_____        Feb 15, 2008
JUDICIAL OFFICER                  DATE

FILED
FEB 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA