WILLIAM L. OSTERHOUDT (SBN 043021)
DOLORES T. OSTERHOUDT (SBN 215537)
Law Offices of William Osterhoudt
135 Belvedere Street
San Francisco, California 94117
Telephone (415) 664-4600
Facsimile (415) 664-4691
Email: osterhoudt@aol.com

Attorneys for Defendant
Damien Sexton

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>vs.<br>DAMIEN SEXTON,<br>　　　　Defendant. | Case No. CR-07-0742 (EDL)<br><br>NOTICE OF MOTION AND MOTION FOR PRETRIAL DISCOVERY; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT<br><br>Date: April 1, 2008<br>Time: 10:30 a.m.<br>Dept.: Judge Elizabeth D. Laporte |

　　　　PLEASE TAKE NOTICE that on April 1, 2008 at 10:30 a.m. or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Elizabeth D. Laporte, defendant Sexton will and hereby does move this Court for an order directing the government to produce pretrial discovery of the following items pursuant Rule 16 of the Federal Rules of Criminal Procedure, and the due process clause of the United States Constitution.

　　　　The requests that follow include documents within the possession, custody or control of the government, the existence of which is known or by the exercise of due

---

*NOTICE OF MOTION AND MOTION FOR PRETRIAL DISCOVERY; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT*

diligence may become known to the government, or alternatively documents which can be easily accessed by the attorneys for the government.

This motion is based upon the instant notice, the attached memorandum of points and authorities in support of this motion, all applicable statutory and case authority, and such other evidence and arguments that are presented to the Court at the hearing on this motion.

1. Any discovery the provision of which is required under Federal Rule of Criminal Procedure 16, including (1) The substance of any relevant oral or written statement made by the defendant and/or the written record of any statement made by the defendant before or after arrest, in response to interrogation by a person the defendant knew was a government agent if the government intends to use the statement at trial; (2) any evidence relating to the past conduct of the defendant, which the government intends to introduce as evidence at trial whether such evidence will be offered pursuant to F.R.Evid. 404(b) or pursuant to any other provision of law; (3) results or reports from any physical or mental examination; and (4) any other relevant physical and documentary evidence.

2. A list including the names and contact information of all passengers of United Airlines Flight 189 on March 21, 2007, in connection with which the defendant was arrested.

3. Any information from whatever source, form or nature which is favorable to the defense is required. This request includes information which is material to the issue of guilt or punishment, either through an indication of the defendant's innocence, negation of any element of the charge offense, or through the potential impeachment of government witnesses or contradiction of government evidence; and all information which may be or become of benefit to the defendant in preparing for or presenting the merits of his defense at trial.

4. An order that the government have a continuing duty to produce any and all documents ordered to be prepared by the Court in response to these requests when they come into the possession of the government or when knowledge of their existence may be gained by the government through the exercise of due diligence.

Dated:  March 11, 2008                    Respectfully submitted,

/s/  William L. Osterhoudt, Esq.
WILLIAM L. OSTERHOUDT
Attorney for Defendant Sexton

**PROOF OF SERVICE**

I, the undersigned, declare as follows:

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen (18) and am not a party to this action. My business address is 135 Belvedere Street, San Francisco, California 94117.

On the date set forth below, I caused to be served the document entitled:

NOTICE OF MOTION AND MOTION FOR PRETRIAL DISCOVERY; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT

on the party in this action as follows:

Allison Marston Danner
Assistant United States Attorney
450 Golden Gate Avenue
San Francisco, CA 94102
allison.danner@usdoj.gov

\_\_X\_\_ [BY ELECTRONIC SERVICE] Utilizing the ECF system of the United States District Court for the Northern District of California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: March 11, 2008            /s/ Christopher W. Choy
                                 Christopher W. Choy

---

*NOTICE OF MOTION AND MOTION FOR PRETRIAL DISCOVERY; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT*