JOSEPH P. RUSSONIELLO (CNB 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ALLISON DANNER (CSBN 195046)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7144
    FAX: (415) 436- 6982
    Email: allison.danner@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0742 EDL |
|     Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | PROTECTIVE ORDER REGARDING |
| ) | CONTACT INFORMATION FOR |
| DAMIEN SEXTON, ) | WITNESSES |
| ) | |
|     Defendant. ) | |

    With regard to defendant's discovery motion seeking contact information for government witnesses, the parties have agreed to the following:

    1. The government has previously provided to defense counsel witness interview summaries for all witnesses that the government has interviewed in the course of this investigation. These witness interview summaries identify the name of the interviewee, but the government has redacted contact information for the interviewees.

    2. In his discovery motion filed on March 11, 2008, defendant seeks, among other items, contact information for these witnesses in order to further investigate this case.

    3. In response to defendant's motion, the government has contacted these witnesses and informed them of the defendant's request. At least one witness expressed concern over the

Stipulation and Protective Order
CR 07-0742 EDL

1

1  possibility that the defendant might attempt to contact him or her directly.

2      4. Under the circumstances, the parties have agreed that the United States will provide defense counsel the contact information for each of the witnesses it has interviewed and, in particular, the home address and phone number for each witness. The parties agree that this information is for the use of defense counsel only (or for any investigators used by the defense to contact or interview witnesses) and cannot be provided to anyone else and, in particular, to the defendant. The parties agree that it is appropriate for the Court to enter a protective order memorializing this agreement. The parties agree that any person receiving such information will sign the protective order acknowledging that they have reviewed the order, understand its terms, and will not disclose the witness contact information to anyone without prior approval of either the United States or the Court.

    5. Upon issuance of the protective order, the defense will withdraw that portion of its motion seeking witness contact information from the United States.

    IT IS SO STIPULATED.

DATED:   March 14, 2008

                                                \s\
                                WILLIAM L. OSTERHOUDT
                                Attorney for Defendant

                                                \s\
                                JANET METZGER
                                Attorney for Defendant

DATED:   March 14, 2008

                                                \s\
                                ALLISON MARSTON DANNER
                                Assistant United States Attorney

    For good cause shown, the Court enters the following protective order governing the disclosure of witness contact information in this case:

    The United States has agreed to provide defense counsel the contact information for each of the witnesses it has interviewed and, in particular, the home address and phone number for

Stipulation and Protective Order
CR 07-0742 EDL

1  each witness. This information is for the use of defense counsel only (or for any investigators
2  used by the defense to contact or interview witnesses) and shall not be provided to anyone else
3  and, in particular, to the defendant, without prior approval of the United States or the Court. Any
4  persons (such as a defense investigator) given access to this information shall sign a copy of this
5  protective order acknowledging that they have reviewed the order, understand its items, and will
6  not disclose the witness contact information to anyone without prior approval of either the
7  United States or the Court. A copy of the acknowledgment of this order, and a description of
8  potential sanctions for violating the order, is attached.

IT IS SO ORDERED.

DATED: March 17, 2008

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge

Stipulation and Protective Order
CR 07-0742 EDL

3

ACKNOWLEDGMENT OF STIPULATION AND PROTECTIVE ORDER

The undersigned acknowledges that he or she

    i.    reviewed the attached Stipulation and Protective Order;

    ii.    understands its contents;

    iii.    agrees not to disclose the contact information for any witnesses provided by the United States (such as the home address and phone number for each witness) to anyone else, and in particular to the defendant, without the prior approval of the United States or the Court;

    iv.    understands that failure to abide by this Order may result in sanctions by the United States District Court for the Northern District of California; and

    v.    agrees to submit to the jurisdiction of the District Court for the punishment of any violations of the Order.

NAME                      SIGNATURE                  DATE

_____    _____    _____

_____    _____    _____

_____    _____    _____

_____    _____    _____