WILLIAM L. OSTERHOUDT (SBN 043021)
DOLORES T. OSTERHOUDT (SBN 215537)
Law Offices of William Osterhoudt
135 Belvedere Street
San Francisco, California 94117
Telephone (415) 664-4600
Facsimile (415) 664-4691
Email: osterhoudt@aol.com

JANET METZGER (SBN 153226)
Law Office of Janet Metzger
403 Magee Avenue
Mill Valley, CA 94941
Telephone (415) 260-8467
Facsimile (415) 383-3516
janetmetzger@sbcglobal.net

Attorneys for Defendant,
Damien Sexton

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>DAMIEN SEXTON,<br><br>Defendant. | Case No. CR-07-0742 (EDL)<br><br>DECLARATION OF WILLIAM L. OSTERHOUDT IN SUPPORT OF DEFENDANT SEXTON'S *EX PARTE* APPLICATION FOR PRETRIAL ISSUANCE OF RULE 17 SUBPOENA DUCES TECUM<br><br>[F.R.Crim.P. Rule 17(c) and Crim L.R. 47-3]<br><br>Date: March 25, 2008<br>Time: 10:30 a.m.<br>Dept.: Judge Elizabeth D. Laporte |

I, William L. Osterhoudt, declare:

1. I am an attorney licensed to practice law in the State of California and before this Court. I am one of the attorneys for defendant Damien Sexton in this action. I submit this declaration in

---

*Declaration of William L. Osterhoudt In Support of Defendant's Ex Parte Application for Pretrial Issuance of Rule 17 Subpoena Duces Tecum CR-07-0742 (EDL)*

1

support of the defendant's *Ex Parte* Application for Pretrial Issuance of a Rule 17 Subpoena *Duces Tecum*.

2.  Attached hereto is a subpoena *duces tecum* to the custodian of records who possess and/or has control over the following:

> (a) A flight manifest for United Airlines' Flight No. 189, for the date of March 21, 2007, which flight traveled from Philadelphia to San Francisco;
>
> (b) A seating chart showing the seat assigned to each passenger on the flight manifest; and
>
> (c) Contact information, consisting of the telephone numbers, and the physical and/or P.O. Box addresses, and the email addresses for each person aboard Flight 189, for the date of March 21, 2007.

3.  The defense seeks the Court authorize a pretrial subpoena to the following individual or entity:

> (a) Custodian of Records for United Airlines.

4.  The defense makes this request *ex parte* because we are in need of the documents and information sought herein as quickly as possible in advance of trial, and the prosecution has already told the defense that it wont supply the items sought, nor believes that it legally as required to do so.

5.  The categories of records requested pursuant to the proposed subpoena are of sufficient particularity and specificity to permit identification by the party subpoenaed. These categories of documents and/or information are believed to be in the possession and/or control of the party and entity named in Paragraph 3 above.

6.  The categories of records and/or information sought by the proposed subpoena are evidentiary and relevant for the reasons stated in the *Ex Parte* Application for Pretrial Issuance of Rule 17 Subpoena *Duces Tecum* accompanying this declaration. The records and information requested are believed to be in the sole possession of United Airlines, and not otherwise procurable in advance of trial by the exercise of due diligence.

7.  The defense cannot properly prepare without such production and inspection in advance of trial because only with the aid of the requested information can the defense investigate and

---

*Declaration of William L. Osterhoudt In Support of Defendant's Ex Parte Application for Pretrial Issuance of Rule 17 Subpoena Duces Tecum CR-07-0742 (EDL)*

2

interview all eyewitnesses and percipient witnesses to the events giving rise to this case. The information held by these individuals is of clear relevance and necessity to the defense in responding to the statements provided in discovery thus far. Potential information from such eyewitnesses is especially important in this case because the few persons interviewed to date have given conflicting accounts of what transpired aboard Flight 189.

8. The failure to obtain the information requested in this subpoena may tend to delay the trial due to the critical nature of the materials sought, and because when and if this information is produced the defendant would need time to investigate it prior to presenting his defense.

9. The foregoing pretrial subpoena *duces tecum* is proposed for the purpose of reviewing documents and information in the hands of these individuals and entities (the custodian of records for United Airlines) to protect defendant Sexton's right to evidence that bears on guilt and punishment, pursuant to the Sixth Amendment right to process. This application, therefore, is made in good faith and is not intended as a general fishing expedition.

10. We respectfully request the Court issue this subpoena on March 25, 2008, so the defendant will have time to fully review the documents and information produced pursuant to the subpoena, pretrial. The proposed subpoena *duces tecum* has a production date of April 8, 2008, two (2) weeks after the hearing on this matter.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my personal knowledge and belief. As to any matters stated on belief, I believe them to be true. Executed at San Francisco, California on March 19, 2008.

WILLIAM L. OSTERHOUDT

---

*Declaration of William L. Osterhoudt In Support of Defendant's Ex Parte Application for Pretrial Issuance of Rule 17 Subpoena Duces Tecum CR-07-0742 (EDL)*

3

## PROOF OF SERVICE

I, the undersigned, declare as follows:

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen (18) and am not a party to this action. My business address is 135 Belvedere Street, San Francisco, California 94117.

On the date set forth below, I caused to be served the document entitled:

DECLARATION OF WILLIAM L. OSTERHOUDT IN SUPPORT OF DEFENDANT SEXTON'S EX PARTE APPLICATION FOR PRETRIAL ISSUANCE OF RULE 17 SUBPOENA DUCES TECUM

on the party in this action as follows:

Allison Marston Danner
Assistant United States Attorney
450 Golden Gate Avenue
San Francisco, CA 94102
allison.danner@usdoj.gov

__X__ [BY ELECTRONIC SERVICE] Utilizing the ECF system of the United States District Court for the Northern District of California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: March 19, 2008          /s/ Christopher W. Choy
                                Christopher W. Choy

---

*Declaration of William L. Osterhoudt In Support of Defendant's Ex Parte Application for Pretrial Issuance of Rule 17 Subpoena Duces Tecum CR-07-0742 (EDL)*

4