CAND 89B (Rev. 1/06) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

SUBPOENA TO PRODUCE
DOCUMENTS OR OBJECTS
IN A CRIMINAL CASE

V.

DAMIEN SEXTON

Case Number: CR-07-0742 (EDL)

TO:

Custodian of records for United Airlines

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below. If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents *in camera*, or to permit production only pursuant to a protective order.

| PLACE | | | COURTROOM/JUDGE |
|---|---|---|---|
| [X] United States Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | [ ] United States Courthouse<br>280 South First Street<br>San Jose, CA 95113 | [ ] United States Courthouse<br>1301 Clay Street<br>Oakland, CA 94612 | Elizabeth D. Laporte |
| If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary. | | | DATE AND TIME<br>April 8, 2008<br>10:30 a.m. |

The following document(s) or object(s) shall be produced:

See Attachment "A"

NOTE: Parties requesting a subpoena requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*. Forms are available at the Court's Internet site: http://www.cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>Richard W. Wieking | DATE |
|---|---|
| (By) Deputy Clerk<br>*[signature]* | |

ATTORNEY NAME, ADDRESS AND PHONE NUMBER:
William L. Osterhoudt, Esq., Law Office of William Osterhoudt, 135 Belvedere Street, San Francisco, California, 94117, (415) 664-4600

**Attachment "A"**

1. A flight manifest for United Airlines' Flight No. 189, for the date of March 21, 2007, which flight traveled from Philadelphia to San Francisco;

2. A seating chart showing the seat assigned to each passenger on the flight manifest; and

3. Contact information, consisting of the telephone numbers, and the physical and/or P.O. Box addresses, and the email addresses for each person aboard Flight 189, for the date of March 21, 2007.

CAND 89B (Rev. 1/06) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br>☐ YES  ☐ NO   AMOUNT $ _____ |
| SERVED BY (PRINT NAME) | | TITLE |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
              DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

ADDITIONAL INFORMATION