WILLIAM L. OSTERHOUDT (SBN 043021)
DOLORES T. OSTERHOUDT (SBN 215537)
Law Offices of William Osterhoudt
135 Belvedere Street
San Francisco, California 94117
Telephone (415) 664-4600
Facsimile (415) 664-4691
Email: osterhoudt@aol.com

JANET METZGER (SBN 153226)
Law Office of Janet Metzger
403 Magee Avenue
Mill Valley, CA 94941
Telephone (415) 260-8467
Facsimile (415) 383-3516
janetmetzger@sbcglobal.net

Attorneys for Defendant,
Damien Sexton

UNITED STATES DICSTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-07-0742 (EDL) |
| Plaintiff, | [PROPOSED] ORDER FOR ISSUANCE OF PRETRIAL SUBPOENA DUCES TECUM |
| vs. | |
| DAMIEN SEXTON, | |
| Defendant. | |

On March 19, 2008 Defendant Damien Sexton, by and through counsel, filed an *ex parte* application for the issuance of a pretrial subpoena *duces tecum*, directing the custodian of records for United Airlines to produce specified documents and information. On March 25, 2008, the defense appeared in Court for hearing on this request.

//

---

*[Proposed] Order for Issuance of Pretrial Subpoena Duces Tecum CR-07-0742 (EDL)*

1

GOOD CAUSE APPEARING, defendant Sexton's application for the issuance of a pretrial subpoena *duces tecum* is hereby granted.

IT IS SO ORDERED.

Dated: _____

_____
HONORABLE ELIZABETH D. LAPORTE
United States District Court Judge