**United States District Court**
For the Northern District of California

1
2
3
4               UNITED STATES DISTRICT COURT
5               NORTHERN DISTRICT OF CALIFORNIA
6
7
  UNITED STATES OF AMERICA,
8
          Plaintiff,                    No. CR 07-00742 EDL
9
      v.                                CLERK'S NOTICE
10
  DAMIEN SEXTON,
11
          Defendant.
12  _____/
13
            TO ALL PARTIES AND COUNSEL OF RECORD:
14
  YOU ARE NOTIFIED THAT the hearing on Defendant's Motion for Discovery scheduled for April
15
  1, 2008 has been advanced to March 25, 2008 at 10:30 a.m. before Magistrate Judge Laporte to be held
16
  concurrently with Defendant's Application for Pretrial Issuance of Subpoena Duces Tecum.
17
18
  Dated:  March 24, 2008
19
                                        FOR THE COURT,
                                        Richard W. Wieking, Clerk
20
21
                                   by:  _Lili M. Harrell_____
22                                      Lili M. Harrell
                                        Courtroom Deputy
23
24
25
26
27
28