**Attachment "A"**

1. A partial flight manifest for United Airlines' Flight No. 189, for the date of March 21, 2007, which flight traveled from Philadelphia to San Francisco; identifying, by name and seat numbers, passengers seated in rows 13 – 23, inclusive;

2. A seating chart showing the seat assigned to each passenger occupying seats in rows 13 – 23, inclusive, on the flight manifest; and

3. Contact information, consisting of the telephone numbers, and the physical and/or P.O. Box addresses, and the email addresses for each person aboard Flight 189, for the date of March 21, 2007, to be produced to the parties under a protective order.