CAND 89B (Rev. 1/06) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | SUBPOENA TO PRODUCE DOCUMENTS OR OBJECTS IN A CRIMINAL CASE |
|---|---|
| V. | |
| DAMIEN SEXTON | Case Number: 07-0742 EDL |

TO:

United Airlines
Custodian of Records
Post Box 66100
Chicago, IL 60666

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below. If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents *in camera*, or to permit production only pursuant to a protective order.

| PLACE | | | COURTROOM/JUDGE |
|---|---|---|---|
| [X] United States Courthouse 450 Golden Gate Avenue San Francisco, CA 94102 | [ ] United States Courthouse 280 South First Street San Jose, CA 95113 | [ ] United States Courthouse 1301 Clay Street Oakland, CA 94612 | Elizabeth D. Laporte |
| If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary. | | | DATE AND TIME April 10, 2008 10:30 a.m. |

The following document(s) or object(s) shall be produced:

See Attachment "A".

NOTE: Parties requesting a subpoena requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*. Forms are available at the Court's Internet site: http://www.cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT Richard W. Wieking (By) Deputy Clerk *[signature]* | DATE |
|---|---|

ATTORNEY NAME, ADDRESS AND PHONE NUMBER:
William L. Osterhoudt, 135 Belvedere St., San Francisco, CA
(415) 664-4600

CAND 89B (Rev. 1/06) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br>☐ YES    ☐ NO    AMOUNT $ _____ |
| SERVED BY (PRINT NAME) | | TITLE |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____        _____
                              DATE                                    SIGNATURE OF SERVER

                                                     _____
                                                     ADDRESS OF SERVER

ADDITIONAL INFORMATION