IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>DAMIEN SEXTON,<br><br>        Defendant.<br>_____/ | No. C-07-00742 (EDL)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION** |

On March 11, 2008, Defendant filed a motion for discovery. For the reasons stated at the March 25, 2008 hearing, that motion is DENIED in part and GRANTED in part. Most of the issues raised in the motion are moot, as the parties have resolved those issues. As for Defendant's request for documents from United Airlines, that request is GRANTED IN PART pursuant to the terms of the order for issuance of pretrial subpoena duces tecum. The government need not obtain these documents itself, as such documents are not in the government's possession, custody, or control.

**IT IS SO ORDERED.**

Dated: March 28, 2008

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge