JANET METZGER (SBN 153226)
Law Office of Janet Metzger
403 Magee Avenue
Mill Valley, CA 94941
Telephone (415) 260-8467
Facsimile (415) 383-3516
janetmetzger@sbcglobal.net

Attorney for Defendant,
Damien Sexton

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> vs. <br><br> DAMIEN SEXTON, <br><br> Defendant. | Case No. CR-07-0742 (EDL) <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE** <br><br> **Date: TBA** <br> **Time: TBA** <br> **Dept.: Judge Elizabeth D. Laporte** |

    The parties stipulate to a continuance of this matter which is presently set for April 29, 2008 for status.

    The parties jointly request a new date of May 20, 2008 at 10:30 am with a mutual expectation of a change of plea occurring on that date.

---

Stipulation and [Proposed] Order to Continue Hearing Date, *CR-07-0742(EDL)*.

1

SO STIPULATED.

Dated: April 25, 2008                          /s/  Janet Metzger
                                              JANET METZGER, ESQ.
                                              Attorney for Damien Sexton


Dated: April 25, 2008                          /s/  Allison Marston Danner
                                              ALLISON MARSTON DANNER
                                              Assistant United States Attorney


IT IS SO ORDERED.

DATED:_____
                                              _____
                                              ELIZABETH D. LAPORTE
                                              United States Magistrate Judge

Stipulation and [Proposed] Order to Continue Hearing Date, $CR-07-0742(EDL)$.

2