1  JANET METZGER (SBN 153226)
   Law Office of Janet Metzger
2  403 Magee Avenue
3  Mill Valley, CA 94941
   Telephone (415) 260-8467
4  Facsimile (415) 383-3516
   janetmetzger@sbcglobal.net
5

6  Attorney for Defendant,
   Damien Sexton
7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12                                  )   Case No. CR-07-0742 (EDL)
                                    )
13 UNITED STATES OF AMERICA,        )
                                    )   STIPULATION AND [PROPOSED]
14             Plaintiff,           )   ORDER TO CONTINUE HEARING
         vs.                        )   DATE
15                                  )
                                    )
16 DAMIEN SEXTON,                   )
                                    )   Date: TBA
17             Defendant.           )   Time: TBA
                                    )   Dept.: Judge Elizabeth D. Laporte
18 _____  )

19

20

21     The parties stipulate to a continuance of this matter which is presently set for April 29,

22 2008 for status.

23     The parties jointly request a new date of May 20, 2008 at 10:30 am with a mutual

24 expectation of a change of plea occurring on that date.

25

26

27

28

Stipulation and [Proposed] Order to Continue Hearing Date, CR-07-0742(EDL).

1

Case 3:07-cr-00742-MAG    Document 31    Filed 04/25/2008    Page 2 of 2

1   SO STIPULATED.

2   Dated: April 25, 2008                          /s/   Janet Metzger
                                                  JANET METZGER, ESQ.
3                                                 Attorney for Damien Sexton

4

5   Dated: April 25, 2008                          /s/  Allison Marston Danner
                                                  ALLISON MARSTON DANNER
6                                                 Assistant United States Attorney

7

8

9   IT IS SO ORDERED.

10

11  DATED: _____
                                                  _____
12                                                ELIZABETH D. LAPORTE
                                                  United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order to Continue Hearing Date, $CR-07-0742(EDL)$.