JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7144
    FAX: (415) 436-7234
    Email: allison.danner@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0742 EDL |
|     Plaintiff, ) | |
| v. ) | **NOTICE OF DISMISSAL** |
| DAMIEN SEXTON, ) | |
|     Defendant. ) | |

Pursuant to defendant's guilty plea to Count Two of the above Information and the judgment and sentenced imposed on May 20, 2008 by this Court, with leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses Count One of the above Information.

                                              Respectfully submitted,

                                              JOSEPH P. RUSSONIELLO
                                              United States Attorney

                                              /s/ KYLE WALDINGER
                                              Assistant United States Attorney
                                              Deputy Chief, Major Crimes Section