05/27/2008 02:51 PM EST

Version 7.0.1

**Case Debt Type Payment Report**
**U.S. Courts**

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Case No. DCAN307CR000742 | | | US V SEXTON | | | | | | | |
| 001 | DAMIEN SEXTON | 504100 | FINE-CRIME VICTIMS FUND | 50.00 | 0.00 | CT 34611019310 | 3 | PR | 50.00 | 05/20/2008 |
| 001 | DAMIEN SEXTON | 504100 | SPECIAL PENALTY ASSESSMENT | 10.00 | 0.00 | CT 34611019310 | 1 | PR | 10.00 | 05/20/2008 |
| 001 | DAMIEN SEXTON | 6855XX | VICTIM RESTITUTION | 20.00 | 0.00 | CT 34611019310 | 2 | PR | 20.00 | 05/20/2008 |
| | | | | | | | Division Payment Total | | 80.00 | |
| | | | | | | | Grand Total | | 80.00 | |

$10.00 SPECIAL ASSESSMENT PAID IN FULL on 5-20-08

$20.00 RESTITUTION PAID IN FULL on 5-20-08

$50.00 FINE PAID IN FULL on 5-20-08

Page 1 of 1

CR 07-742 MAG

**FILED**

JUN - 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA