| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* CR 07-00742-01 EDL |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Damien R. Sexton<br>1939 Steeplechase Drive<br>Williamstown, NJ 08094 | ND/CA | San Francisco |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Elizabeth D. Laporte | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 5/2008    TO 5/2010 |

OFFENSE
49 U.S.C. § 46506(1) Assault on an Aircraft in the Special Aircraft
18 U.S.C. § 113(a)(5) Jurisdiction of the United States

FILED
AUG 0 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ District of New Jersey _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

6/16/08
*Date*

*[signature]*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of New Jersey

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/28/08
*Effective Date*

*[signature]*
*United States District Judge*